Submitted April 4, reversed July 2, 2014

In the Matter of B. H.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

B. H.,
*Appellant.*

Washington County Circuit Court
C130067MC; A155874

329 P3d 813

Garrett A. Richardson and Multnomah Defenders, Inc.,
filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce,
Solicitor General, and Inge D. Wells, Senior Assistant
Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and DeVore, Judge, and
Garrett, Judge.

PER CURIAM

## PER CURIAM

In this appeal, appellant seeks reversal of an order committing him for a period not to exceed 180 days. ORS 426.130. He contends, in an unpreserved assignment of error, that the trial court erred in failing to inform him of his right to subpoena witnesses, as required by ORS 426.100(1). The state concedes the error, and we agree that that failure constitutes plain error. We further conclude, for the reasons stated in *State v. M. L. R.*, 256 Or App 566, 570-72, 303 P3d 954 (2013), that it is appropriate to exercise our discretion to correct the error.[1]

Reversed.

---

[1] Our resolution obviates the need to address appellant's other assignment of error.